## TOLEDO EDISON CO v TULLIS

Ohio Appeals, 6th Dist, Lucas Co

Decided May 20, 1935

Tracy, Chapman & Welles, Toledo, for plaintiff in error.

Edwin J. Lynch, Toledo, for defendant in error.

For full opinion see 5 OO 339; 51 Oh Ap 417.